```
1  ERIC GRANT
   United States Attorney
2  LUKE BATY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, Ca 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 1:25-CR-00173-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND SET TRIAL DATE; AND ORDER |
| v. | |
| VENTURA CARRIZOZA-MARTINEZ, | |
| Defendant. | DATE: December 10, 2025<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Luke Baty, counsel for the government, and Laura Myers, counsel for Ventura Carrizoza-Martinez ("the defendant"), that this action's **Wednesday, December 10, 2025, status conference be continued to Wednesday, January, 28 2025, at 1:00 p.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause. Specifically,

1. By previous order, this matter was set for a status conference on December 10, 2025, at 1:00 p.m. ECF 11.

2. By this stipulation, the parties request that the status conference be continued to January 28, 2026, at 1:00 p.m.

1

3. The government has represented that the discovery associated with this case, including investigative reports and related documents, and photos have been either produced directly to counsel and/or made available for inspection and copying. The defense is and has been reviewing discovery thus far provided. If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it in accord with Rule 16.

4. The government is preparing additional discovery to be produced to counsel for the Defendant contemporaneously with this filing.

5. The parties also will conduct plea negotiations in advance of the proposed status conference date.

6. Defense counsel believes that failure to grant the above-requested continuance and time exclusion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. The parties therefore stipulate that the period of time from December 10, 2025, through January 28, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: December 3, 2025

ERIC GRANT
United States Attorney

By: /s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: December 3, 2025

By: /s/ *Laura Myers*
LAURA MYERS
Counsel for Defendant

2

# **O R D E R**

IT IS ORDERED that the status conference currently set for December 10, 2025 at 1:00 pm is continued until **January 28, 2026, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.**

IT IS FURTHER ORDERED THAT the period of time from December 10, 2025, through January 2, 2026, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **December 4, 2025**                    /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE

3