ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:25-CR-00173-KES-EPG |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND SET TRIAL DATE; ORDER |
| v. | |
| VENTURA CARRIZOZA-MARTINEZ, | DATE:  January 28, 2026 |
| Defendant. | TIME:   1:00 p.m. |
| | JUDGE: Hon. Erica P. Grosjean |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Luke Baty, counsel for the government, and Laura Myers, counsel for Ventura Carrizoza-Martinez ("the defendant"), that this action's **Wednesday, January 28, 2026, status conference be continued to Wednesday, March 11,  2026, at 1:00 p.m.**   The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause.  Specifically,

1.  By previous order, this matter was set for a status conference on January 28, 2026, at 1:00 p.m. before the Honorable Erica P. Grosjean  ECF 15.

2.  By this stipulation, the parties request that the status conference be continued to March 11, 2026, at 1:00 p.m.

1

3. The government has represented that the discovery associated with this case, including investigative reports and related documents, and photos have been either produced directly to counsel and/or made available for inspection and copying.  The defense is and has been reviewing discovery thus far provided.

4. On December 8, 2025, the government produced additional discovery, including several audio recordings of the Defendant's Immigration Court proceedings.

5. The government intends to extend a plea offer to the Defendant in advance of the future status conference.

6. Defense counsel believes that failure to grant the above-requested continuance and time exclusion would deny him the reasonable time necessary for effective preparation, plea negotiations, and an opportunity to review additional discovery,  taking into account the exercise of due diligence.

7. The parties therefore stipulate that the period of time from January 28, 2026, through March 11, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  January 21, 2026

ERIC GRANT
United States Attorney


By:  /s/ LUKE BATY
LUKE BATY
Assistant United States Attorney


Dated: January 21, 2026

By:        /s/ *Laura Myers*
LAURA MYERS
Counsel for Defendant

2

**O R D E R**

IT IS ORDERED that the status conference currently set for January 28, 2026 at 1:00 pm is continued until **March 11, 2026, at 1:00 pm**.

IT IS FURTHER ORDERED THAT the period of time from **January 28, 2026,** through **March 11, 2026,** is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:    **January 22, 2026**          /s/ *Erica P. Grosj*

UNITED STATES MAGISTRATE JUDGE

3