HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
VENTURA CARRIZOZA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>VENTURA CARRIZOZA-<br>MARTINEZ,<br><br>        Defendant. | Case No. 1:25-cr-00173-KES-EPG<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:   May 13, 2026<br>Time:  1:00 p.m.<br>Judge: Hon. Erica P. Grosjean |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Luke Baty, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Ventura Carrizoza-Martinez, that the status conference scheduled for March 11, 2026 at 1:00 p.m. may be continued to May 13, 2026, at 1:00 p.m.

The parties agree and stipulate, and request that the Court find the following. The government has provided discovery. The government made a plea offer on Monday, March 2. Defense Counsel requires additional time to discuss the plea offer with her client, as well as for review of discovery, effective preparation of the case, and negotiation between the parties.  In light of the above, the parties are requesting that the matter be continued for a further status conference. The continuance will conserve time and resources for the parties and the Court.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date

prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to May 13, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: March 4, 2026

*/s/ Luke Baty*
LUKE BATY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 4, 2026

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
VENTURA CARRIZOZA-MARTINEZ

Carrizoza – Stipulation to Continue
Status Conference

2

**O R D E R**

IT IS SO ORDERED that the status conference is continued from March 11, 2026, to **May 13, 2026 at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean**. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

IT IS SO ORDERED.
    Dated:   **March 5, 2026**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE