HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
VENTURA  CARRIZOZA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00173-KES-EPG |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA HEARING; ORDER** |
| vs. | |
| VENTURA CARRIZOZA-MARTINEZ, | Date:   June 15, 2026 |
| | Time:  9:30 a.m. |
| Defendants. | Judge: Hon. Kirk E. Sherriff |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Luke Baty, counsel for plaintiff, Assistant Federal Defender Laura Myers, counsel for Ventura Carrizoza-Martinez, that the Court may vacate the status conference currently scheduled for May 13, 2026, at 1:00 p.m., and set a change-of-plea hearing on June 15, 2026, at 9:30 a.m.

The parties agree and request that the Court make the following findings:

1.      By previous order, this matter was set for a status conference on May 13, 2026.

2.      Mr. Carrizoza intends to enter a change of plea. A signed plea agreement will be filed on the docket in advance of the change-of-plea hearing.

3.      The parties therefore request that the Court vacate the May 13, 2026 status conference and set a change-of-plea hearing on June 15, 2026, at 9:30 a.m.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the parties agree that the time period of May 13, 2026, to June 15, 2026, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(G) and (h)(7)(B)(iv). Specifically, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act because the continuance ensures continuity of counsel and the delay results from defense counsel's continued review of discovery and case assessment.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: May 8, 2026

/s/ Luke Baty
LUKE BATY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 8, 2026

/s/ Laura Myers
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
VENTURA CARRIZOZA-MARTINEZ

**O R D E R**

The status conference set for May 13, 2026 is vacated. A change of plea hearing is set for **June 15, 2026, at 9:30 a.m. in Courtroom 6 before the District Judge Kirk E. Sherriff.** For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 13, 2026, to June 15, 2026, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B)(iv).

IT IS SO ORDERED.

    Dated:   **May 8, 2026**             /s/ *Erica P. Grosjean*

                                        UNITED STATES MAGISTRATE JUDGE

Carrizoza – Stipulation to Vacate Status Conference and       3
Set for Change-of-Plea Hearing