HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
VENTURA CARRIZOZA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>VENTURA CARRIZOZA-MARTINEZ,<br>Defendant. | Case No. 1:25-cr-00173-KES-EPG<br>**STIPULATION TO CONTINUE SENTENCING; ORDER** |

IT IS HEREBY STIPULATED by and between by the parties through their respective counsel, Assistant United States Attorney Luke Baty, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Ventura Carrizoza-Martinez, that for the below-stated good cause, the sentencing hearing currently set for September 8, 2026, at 9:30 a.m. may be continued to September 21, 2026, at 9:30 am.

Mr. Carrizoza-Martinez entered a plea of guilty to the indictment on June 15, 2026. *See* ECF # 23. At that time, sentencing was set for September 8, 2026. *Id*.

The parties are in agreement to continue sentencing in this matter to September 21, 2026. Counsel for Mr. Carrizoza-Martinez requires additional time for defense investigation to be sufficiently prepared for sentencing in this matter due to scheduling conflicts and deadlines in other matters. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court and takes into consideration the availability of counsel

and the need to be sufficiently prepared for sentencing. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

Dated: September 3, 2026

ERIC GRANT
United States Attorney

By /s/ *Luke Baty*
LUKE BATY
Assistant United States Attorney

HEATHER E. WILLIAMS
Federal Defender

Dated: September 3, 2026

/s/ *Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for VENTURA CARRIZOZA-MARTINEZ

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Tuesday, September 8, 2026, at 9:30 a.m. be continued to Monday, September 21, at 9:30 a.m.

IT IS SO ORDERED.

Dated: September 3, 2026

UNITED STATES DISTRICT JUDGE